

ORIGINAL

FILED

SEP 07 2011

CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

FRANCISCA DELGADO and
MAGDALENA CEJA
"In Pro Per"
1049 BELLHURST AVE
San Jose, CA 95122
Tel: (408)993-9463
Tel: (408)278-1936

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## (San Jose)

| | |
|---|---|
| In re     FRANCISCO DE ALBA <br> MARIA SOCORRO DURAN, <br> Aka MARIA D. JAUREGUI <br>       Debtors ) | BK CASE NO. 10-60167 <br> CHAPTER _7_. <br> ADV. PROC. NO. _11-5001_ |
| FRANCISCA DELGADO <br> AND MAGDALENA CEJA <br>     PLAINTIFFS, <br><br> VS <br><br> FRANCISCO DE ALBA AND <br> MARIA SOCORRO DURAN <br> Aka MARIA D. JAUREGUI <br>     DEFENDANTS, ) | NOTICE OF MOTION AND <br> MOTION FOR ORDER <br> COMPELLING RESPONSE TO <br> INTERROGATORIES <br> AND FOR MONETARY <br> SANCTION, SUPORTING <br> DECLARATION OF FRANCISCA <br> DELGADO AND MAGDALENA <br> CEJA, AND MEMORANDUM <br><br> Date: October 14, 2011 <br> Time: 2:00 PM <br> Dept: 3070 <br> Judge: NOVACK <br> Action filed: January 03, 2011 |

To: Maria Socorro Duran Defendant, and to Patricio A. Letelier defendant's

Case: 11-05001    Doc# 21    Filed: 09/07/11    Entered: 09/08/11 14:14:36    Page 1 of 22

attorney of record:

NOTICE IS GIVEN that on October 14, 2011 at 2:00 pm, or as soon thereafter as the matter may be heard, in Department 3070 of this court, located at 280 South First St San Jose CA 95113, Plaintiffs will, and hereby does, move the court for an order compelling Maria Socorro Duran Defendant, to serve a response to 6 categories of Interrogatories on Set One served on August 4, 2011 by Francisca Delgado and Magdalena Ceja Plaintiffs. And will further move this court for an order requiring Maria Socorro Duran Defendant, and his attorney  Patricio A. Letelier to pay a monetary sanction to plaintiffs Francisca Delgado and Magdalena Ceja.

The motion will be made on the grounds that Maria Socorro Duran defendant, has failed to serve a timely response to the above-described interrogatories.

The motion will be based on this notice of motion, on the declaration of plaintiffs Francisca Delgado and Magdalena Ceja, on the memorandum set forth below, on the records on files herein, and on such evidence as may be presented at the hearing of the motion.

Case: 11-05001    Doc# 21    Filed: 09/07/11    Entered: 09/08/11 14:14:36    Page 2 of 22

Dated: *September 7, 2011*

FRANCISCA DELGADO
Plaintiff "In Pro Per"
1049 BELLHURST AVE
San Jose, CA 95122
Tel: (408)278-1936

MAGDALENA CEJA
Plaintiff "In Pro Per"
1049 BELLHURST AVE
San Jose, CA 95122
Tel: (408)993-9463

Case: 11-05001   Doc# 21   Filed: 09/07/11   Entered: 09/08/11 14:14:36   Page 3 of 22

SUPPORTING DECLARATION OF <u>Plaintiffs Francisca Delgado and Magdalena Ceja</u>.

1. We, <u>Francisca Delgado and Magdalena Ceja,</u> declare that we are the Plaintiffs in this case and hereby make this declaration in support of Plaintiffs' motion for an order compelling Maria Socorro Duran Defendant, to serve a response the first request for interrogatories Set One. The facts stated herein are based on Plaintiffs' personal knowledge.

2. On or about August 4, 2011, Plaintiffs Francisca Delgado and Magdalena Ceja served a first request for interrogatories Set One of certain designated categories of items for the purpose of answering on Defendant Maria Socorro Duran. A true and correct copy of this request and proof of service is attached as Exhibit A and incorporated by reference.

3. To date, September 6, 2011, Francisca Delgado and Magdalena Ceja Plaintiffs, has received no response to these interrogatories.

4. Plaintiffs Francisca Delgado and Magdalena Ceja called Patricio Letelier, (Attorney for Defendant Francisco) to ask that Defendant Maria Socorro Duran to respond to requested interrogatories, but attorney was never available.

Case: 11-05001    Doc# 21    Filed: 09/07/11    Entered: 09/08/11 14:14:36    Page 4 of 22

7.  Plaintiffs Francisca Delgado and Magdalena Ceja have incurred expenses in trying to obtain requested documents, and bringing this motion.

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: _September 7 2011_

FRANCISCA DELGADO
Plaintiff "In Pro Per"
1049 BELLHURST AVE
San Jose, CA 95122
Tel: (408)278-1936

MAGDALENA CEJA
Plaintiff "In Pro Per"
1049 BELLHURST AVE
San Jose, CA 95122
Tel: (408)993-9463

Notice of motion and Motion for order compelling Defendant to Response to First Request for Interrogatories Set One, Supporting Declaration and Memorandum     5 of 9

Case: 11-05001    Doc# 21    Filed: 09/07/11    Entered: 09/08/11 14:14:36    Page 5 of 22

FRANCISCA DELGADO and
MAGDALENA CEJA
"In Pro Per"
1049 BELLHURST AVE
San Jose, CA 95122
Tel: (408)993-9463
Tel: (408)278-1936

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## (San Jose)

| | |
|---|---|
| In re     FRANCISCO DE ALBA  )<br>MARIA SOCORRO DURAN,  )<br>Aka MARIA D. JAUREGUI  )<br>        Debtors  )<br>  )<br>FRANCISCA DELGADO  )<br>AND MAGDALENA CEJA  )<br>      PLAINTIFFS,  )<br>  )<br>  )<br>VS.  )<br>  )<br>FRANCISCO DE ALBA AND  )<br>MARIA SOCORRO DURAN  )<br>Aka MARIA D. JAUREGUI  )<br>     DEFENDANTS,  )<br>  )<br>_____)| BK CASE NO. 10-60167<br>CHAPTER  7 .<br>ADV. PROC. NO.  11-5001<br><br>MEMORANDUM IN SUPPORT OF<br>MOTION FOR ORDER<br>COMPELLING RESPONE TO<br>INTERROGATORIES AND<br>FOR MONETARY<br>SANCTION<br><br><br>Date:  October 14, 2011<br>Time:  2:00 PM<br>Dept:  3070<br>Judge: NOVACK<br>Action filed: January 3, 2011 |

THE COURT SHOULD ISSUE AN ORDER COMPELLING MARIA SOCORRO

---

Case: 11-05001   Doc# 21   Filed: 09/07/11   Entered: 09/08/11 14:14:36   Page 6 of 22

DURAN TO ANSWER 6 CATEGORIES OF INTERROGTORIES PLAINTIFFS

FIRST REQUEST SET ONE. BECAUSE MARIA SOCORRO DURAN FAILED

TO SERVE A TIMELY RESPONSE, IF THE MOTION IS GRANTED, THE

COURT SHOULD ALSO IMPOSE A MONETARY SACTION ON THE

DEFENDANT MARIA SOCORRO DURAN RESPOINDING PARTY, BECAUSE

THERE IS NO SHOWING THAT HE ACTED WITH SUBSTANTIAL

JUSTIFICATION FOR THE OTHER CIRCUMSTANCE MAKE THE IMPOSITION

OF THE SANCTION UNJUST.

**A. Statutory Authority**. A party to whom interrogatories have been

directed fails to serve a timely response, the party propounding the

interrogatories may move for an order compelling response (Code. Civ.

2030.290).

**B. Burden of Justification on Nonresponding Party.** The service and

filing of interrogatories pursuant to Section 2030.010 et seq. of the Code of

Civil Procedure places the burden on the interrogated party to respond by

answer, the production of of writings, or objections. The obligation of response

must be satisfied unless excused by a protective order obtained on a factual

showing of good cause why no response should be given (Coriell v. Superior

Court (*1974 39 Cal. App. 3d 487, 492, 114 Cal. Rptr. 310*). 2031.310.

Notice of motion and Motion for order compelling Defendant to Response to First Request for
Interrogatories Set One, Supporting Declaration and Memorandum      7 of 9

Case: 11-05001    Doc# 21    Filed: 09/07/11    Entered: 09/08/11 14:14:36    Page 7 of 22

**C. Court Must Impose Monetary Sanction Absent Specified Findings.** The court must impose a monetary sanction under Code of Civil Procedure Section 2023.030, against any party, person, or attorney who unsuccessfully opposes a motion to compel further responses to an inspection demand, unless it finds that the one subject to the sanction acted with substantial justification or that other circumstances make the imposition of the sanction unjust (Code Civ. Proc. 2023.030(a), 2031.310(h).

**D. Court May Impose Sanctions Despite Lack of Opposition to Motion to Compel Discovery.** The court may award sanctions under the Discovery Act in favor of a party who files a motion to compel discovery, even though no opposition to the motion was filed, or opposition to the motion was withdrawn, or the requested discovery was provided to the moving party after the motion was filed (Cal. Rules of Ct., Rule 3.1003(a)

Notice of motion and Motion for order compelling Defendant to Response to First Request for Interrogatories Set One, Supporting Declaration and Memorandum      8 of 9

Case: 11-05001     Doc# 21     Filed: 09/07/11     Entered: 09/08/11 14:14:36     Page 8 of 22

Dated: September 7, 2011

FRANCISCA DELGADO
Plaintiff "In Pro Per"
1049 BELLHURST AVE
San Jose, CA 95122
Tel: (408)278-1936

MAGDALENA CEJA
Plaintiff "In Pro Per"
1049 BELLHURST AVE
San Jose, CA 95122
Tel: (408)993-9463

Notice of motion and Motion for order compelling Defendant to Response to First Request for
Interrogatories Set One, Supporting Declaration and Memorandum     9 of 9

Case: 11-05001    Doc# 21    Filed: 09/07/11    Entered: 09/08/11 14:14:36    Page 9 of 22

EXHIBIT "A"

My Copy

FRANCISCA DELGADO and
MAGDALENA CEJA
"In Pro Per"
1049 BELLHURST AVE
San Jose, CA 95122
Tel: (408)993-9463
Tel: (408)278-1936

**FILED**

AUG   4 2011

CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## (San Jose)

In re  FRANCISCO DE ALBA and )
MARIA SOCORRO DURAN, )
Aka MARIA D. JAUREGUI. )
Debtors )          BK CASE NO: <u>10-60167</u>
)          CHAPTER  7 .
FRANCISCA DELGADO )          ADV. PROC. NO. ____ 11-5001
AND MAGDALENA CEJA )
PLAINTIFFS, )
)          PLAINTIFFS, FRANCISCA
)          DELGADO AND MAGDALENA
)          CEJA, FIRST REUEST FOR
vs. )          INTERROGATORIES SET ONE
FRANCISCO DE ALBA and )          TO DEFENDANT
MARIA SOCORRO DURAN, )          MARIA SOCORRO DURAN Aka
Aka MARIA D. JAUREGUI )          MARIA D. JAUREGUI
DEFENDANTS, )
_____ )

# FIRST REQUEST FOR INTERROGATORIES
## SET ONE

Case: 11-05001    Doc# 21    Filed: 09/07/11    Entered: 09/08/11 14:14:36    Page 11 of 22

**REQUESTING PARTY:**       Plaintiffs, Francisca Delgado and Magdalena Ceja.

**RESPONDING PARTY:**       Defendant/Debtor, Maria Socorro Duran aka Maria D. Jauregui.

**SET NUMBER :**             ONE

    1.     PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 7033 and Federal Rules of Civil Procedures Rule 33, Defendant/Debtor, Francisco De Alba is hereby requested to respond to the requesting party the following interrogatories listed on **EXHIBIT "A"** attached here to.

    2.     Answers must be separately and fully in writing, and mail or deliver said written answers signed under penalty of perjury to the plaintiffs' address 1049 Bellhurst Ave San Jose CA 95122, within (30) days after service of these first Request on you by personal service or by fax, or within 35 days if this Request is served by mail.

    3.     Each answer must be as complete and straightforward as the information reasonable available to you, including the information possessed by your attorneys or agents.  If the interrogatory cannot by answered completely, answer it to the extent possible.

    4.     If you do not have enough personal knowledge to fully answer an

---

Plaintiffs, Francisca Delgado and Magdalena Ceja First request for Interrogatories Set One.

interrogatory, say so, but make a reasonable and good faith effort to get the information by asking other persons or organizations, unless the information is equally available to the asking party.

5. Whenever an interrogatory may be answered by referring to a document, the document may be attached as an exhibit to the response and referred to in the response. If the document has more than one page, refer to the page and section where the answer to the interrogatory can be found.

6. Whenever an address and telephone number for the same person are requested in more than one interrogatory, you are required to furnish them in answering only the first interrogatory asking for that information.

7. If you are asserting a privilege or making an objection to an interrogatory, you must specifically assert the privilege or state the objection in your written response.

Plaintiffs, Francisca Delgado and Magdalena Ceja First request for Interrogatories Set One.

# DEFINITIONS

**INCIDENT:** Includes the circumstances and events surrounding the alleged breach of contract giving rise to this action or proceeding.

**PERSON:** Includes a natural person, firm, association, organization, partnership, business, trust, limited liability company, corporation, or public entity.

**ADDRESS:** Means the street address, including the city, state, and zip code.

**DOCUMENT:** As used herein, the term "DOCUMENT" means by written, recorded or graphic matter, whether produced, reproduced or stored on paper, cards, tapes, film, electronic facsimile, computer storage devices or any other media and includes, but is not limited to, originals, copies, (with or without notes or changes thereon) and drafts, including but not limited to: papers, books, letters, photographs, objects, tangible things, correspondence, telegrams, cables, telex messages, memoranda, notes, notations, work papers, transcripts, minutes, reports and recordings of telephone or other conversations or of interviews, oral conferences, or of other meetings, affidavits, statements, summaries, opinion, reports, studies, analyses, evaluations, contracts, agreements, journals, statistical records, desk calendars, appointment books

---

Plaintiffs, Francisca Delgado and Magdalena Ceja First request for Interrogatories Set One.

diaries, lists, tabulations, summaries, sound recordings, computer printouts, data

processing input and output, microfilms, all other records kept by electronic,

photographic or mechanical means, and things similar to any of the forgoing

however denominated.


Dated: 8-4-11.


_Francisca Delgado_
FRANCISCA DELGADO
Plaintiff "In Pro Per"
1049 BELLHURST AVE
San Jose, CA 95122
Tel: (408)278-1936


_Magdalena C._
MAGDALENA CEJA
Plaintiff "In Pro Per"
1049 BELLHURST AVE
San Jose, CA 95122
Tel: (408)993-9463

---

Plaintiffs, Francisca Delgado and Magdalena Ceja First request for Interrogatories Set One.

5 of 11

# EXHIBIT "A"

**The following interrogatories must be answered and documents provided that support your answer(s).**

**1.0    Identity of Persons Answering These Interrogatories.**

1.1    State the name and **ADDRESS**, telephone number, and relationship to you of each **PERSON** who prepared or assisted in the preparation of the responses to these interrogatories.

**2.0    General Background Information-individual**

2.1    State:

(a)    Your name;

(b)    Every name you have used in the past:

( c)    Every social security number used in the past; and

(d)    The dates you used each name.

2.2    State:

(a)    Your present residence **ADDRESS**;

(b)    Your residence **ADDRESS** for the past five years and the dates you lived at each **ADDRESS**.

2.3    State:

Plaintiffs, Francisca Delgado and Magdalena Ceja First request for Interrogatories Set One.

(a)     The name. **ADDRESS**, and telephone number of your present employer or place of self-employed: and

(b)     The name, **ADDRESS**, dates of employment, job title, and nature of work for each employer or self-employment you have had within five years.

2.4     Have you ever been convicted of a felony? If so, for each conviction state:

(a)     The city and state where you were convicted;

(b)     The date of conviction;

( c)    The offence; and

(d)     The court and case number.

## 3.0     Denials and Special or Affirmative Defenses

3.1     Identify each denial of a material allegation and each special or affirmative defense in your pleading and for each:

(a)     State all facts upon which you base the denials or special or affirmative defense;

(b)     State the names, **ADDRESS**, and telephone numbers of all **PERSONS** who have knowledge or those facts; and

Plaintiffs, Francisca Delgado and Magdalena Ceja First request for Interrogatories Set One.

Case: 11-05001     Doc# 21     Filed: 09/07/11     Entered: 09/08/11 14:14:36     Page 17 of 22

(c) Identify all **DOCUMENTS** and other tangible things that support your denial or special or affirmative defense; and state the name, **ADDRESS**, and telephone number of the **PERSON** who has each **DOCUMENT**.

**4.0    Responses to Request for Admissions**

4.1    Is your response to each request for admission an unqualified admission? If not, for each response that is not an unqualified admission:

(a)    State the number of the request;

(b)    State all facts upon which you base your response;

(c )    State the names, **ADDRESSES** and telephone numbers of all **PERSON** who have knowledge of those facts and

(d)    Identify all **DOCUMENTS** ad other tangible things that support your response and state the name, **ADDRESS** and telephone number of the **PERSON** who has each **DOCUMENT** or thing.

---

Plaintiffs, Francisca Delgado and Magdalena Ceja First request for Interrogatories Set One.

8 of 11

**5.0    Other Claims and Previous Claims**

5.1    Except for this action, in the past 10 years have you filed an action or made a written claim? If so, for each action, claim, or demand state:

(a)    The name, **ADDRESS**, and telephone number of each **PERSON** against whom the claim or demand was made in the action filed.

(b)    The court, name of the parties, and case number of any action filed.

(c )   The name **ADDRESS**, and telephone number of any attorney representing you;

(d)    Whether the claim or action has been resolved or is pending; and

(e)    A description of the case.

**6.0    Contract**

6.1    For each agreement alleged in the pleadings:

(a)    Identify each **DOCUMENTS** that is part of the agreement; and state the name, **ADDRESS**, and telephone number of each **PERSON** who has the **DOCUMENTS**.

(b)    State each part of the agreement not in writing, the name, **ADDRESS**, and telephone number of each **PERSON** agreeing to

---

Plaintiffs, Francisca Delgado and Magdalena Ceja First request for Interrogatories Set One.

that provision, and the date that part of the agreement was made;

(c) Identify all documents that evidence any part of the agreement not in writing and for each state the name, **ADDRESS**, and telephone number of each **PERSON** who has the **DOCUMENTS**;

6.2 Was there a breach of any agreement alleged in the pleading? If so, for each breach describe and give the date of every act or omission that you claim is the breach if the agreement.

6.3 Was performance of any agreement alleged in the pleading excused? If so, identify each agreement excused and state why performance was excused.

6.4 Was any agreement alleged in the pleadings terminated by mutual agreement, release, accord and satisfaction or novation? If so, identify each agreement terminated, the date of termination and the basis of the termination;

6.5 Is any agreement alleged in the pleadings unenforceable? If so, identify each unenforceable agreement and state why it is unenforceable.

6.7 Is any agreement alleged in the pleading ambiguous? If so, identify each ambiguous agreement and state shy it is ambiguous;

---

Plaintiffs, Francisca Delgado and Magdalena Ceja First request for Interrogatories Set One.

Case: 11-05001    Doc# 21    Filed: 09/07/11    Entered: 09/08/11 14:14:36    Page 20 of 22

**DECLARATION**

We, <u>Francisca Delgado, and Madgalena Ceja</u> declare:

1.    We are  parties to this action.

2.    We are requesting to Defendant/Debtor, Maria Socorro Duran aka Maria
      D. Jauregui the attached set of interrogatories.

Dated: 8-4-11.

FRANCISCA DELGADO
Plaintiff "In Pro Per"
1049 BELLHURST AVE
San Jose, CA 95122
Tel: (408)278-1936


MAGDALENA CEJA
Plaintiff "In Pro Per"
1049 BELLHURST AVE
San Jose, CA 95122
Tel: (408)993-9463

---

Plaintiffs, Francisca Delgado and Magdalena Ceja First request for Interrogatories Set One.

# CERTIFICATE OF SERVICE

**Case name:**   Francisca Delgado and Magdalena Ceja vs. Francisco De Alba and Maria D. Jauregui.

**Case number:**   BK CASE No: 10-60167
Adversary Case # 11-5001

**What Documents were served?**   FIRST REQUEST FOR INTERROGATORIES SET ONE FOR MARIA SOCORRO DURAN AKA MARIA JAUREGUI

**How was the document served?**   Personal delivered.

**To whom was the document sent?**   Patricio A. Letelier (Attorney for Defendants
870 North First St
San Jose Ca 95112
Telephone: 408-924-0933
Fax: 408-924-0877

**When were the documents served?**   08/04/2011

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

**Signature:**   _Eric Granados_

**Printed name:**   ERIC GRANADOS

**Address:**   1049 BELLHURST AVE  SAN JOSE CA 95122